

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Midland Firemen's Relief and Retirement Fund,

\* From the 238th District Court of Midland County, Trial Court No. TX16054.

Vs. No. 11-20-00204-CV

\* June 23, 2022

Midland Central Appraisal District and the County of Midland, Texas,

\* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by Midland Firemen's Relief and Retirement Fund are taxed against Midland Firemen's Relief and Retirement Fund. *See* TEX. TAX CODE ANN. § 33.49 (West Supp. 2021); *Bailey v. Cherokee Cty. Appraisal Dist.*, 862 S.W.2d 581, 586 (Tex. 1993).